LEE et al. v. FT. WORTH SAVINGS BANK & TRUST CO. (Circuit Court of Appeals, Fifth Circuit. November 30, 1916.) No. 2890. Appeal from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. B. K. Goree, J. A. Templeton, and Ike A. Wynn, all of Ft. Worth, Tex., for appellants. R. W. Flournoy, of Ft. Worth, Tex., for appellee. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. In this case, on the issues properly presented, the District Court ruled that the Ft. Worth Savings Bank & Trust Company was a banking corporation within the meaning of the bankruptcy law of the United States (Act July 1, 1898, c. 541, § 4b, 30 Stat. 547 [Comp. St. 1913, § 9588]), and therefore not subject to be adjudged a bankrupt. We have examined the record and evidence, and conclude that this finding was correct. The judgment appealed from is therefore affirmed.

---

LUTZE et al. v. CITY OF NEW ORLEANS. (Circuit Court of Appeals, Fifth Circuit. December 19, 1916.) No. 2972. Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Carl C. Friedrichs and Harold A. Moise, both of New Orleans, La., for appellants. I. D. Moore and John F. C. Waldo, both of New Orleans, La., for appellee. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The reasons given by Judge Foster in denying a temporary injunction in this case (235 Fed. 978) meet with our concurrence. The decree appealed from is affirmed.

---

MacARTHUR BROS. CO. v. LAWLEY. (Circuit Court of Appeals, Fifth Circuit. November 30, 1916.) No. 2991. In Error to the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge. Ray Rushton and Philip H. Stern, both of Montgomery, Ala., for plaintiff in error. Robert E. Smith, of Birmingham, Ala., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. On consideration of the record, in the light of the briefs of counsel, we find no reversible error assigned or patent of record. The judgment of the District Court is affirmed.